UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-2801-GW-PVCx | Date | February 12, 2024 |
| Title | *Raymond Gaines v. County of Los Angeles, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On February 9, 2024, Plaintiff Raymond Gaines filed a Notice of Settlement. The Court vacates all currently set dates, and sets an order to show re: settlement hearing for May 13, 2024 at 8:30 a.m. The parties are to file a stipulation to dismiss, or a joint status report by noon on May 10, 2024.

:

Initials of Preparer    JG