JS-6

1  Jamon R. Hicks, Esq. (SBN 232747)
2  jamon@douglashickslaw.com
   **DOUGLAS / HICKS LAW, APC**
3  5120 W. Goldleaf Cir., Suite 140
   Los Angeles, California 90056
4  Tel.: (323) 655-6505/Fax: (323) 927-1941
5
6  Attorneys for PLAINTIFF,
   **RAYMOND GAINES**
7
8  Rickey Ivie, Esq. (SBN 76864)
   rivie@imwlaw.com
9  Marina Samson, Esq. (SBN 315024)
   msamson@imwlaw.com
10 Ayang J. Inyang, Esq. (SBN 339484)
11 ainyang@imwlaw.com
   Ivie McNeill Wyatt Purcell & Diggs
12 A Professional Law Corporation
13 444 South Flower Street, Suite 3200
   Los Angeles, California 90071
14 Tel.: (213) 489-0028/Fax: (213) 489-0552
15
16 Attorneys for Defendants,
   **COUNTY OF LOS ANGELES, et al.**
17

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| RAYMOND GAINES, as individual, | Case No.: CV 22-2801-GW-PVCx |
|---|---|
| Plaintiffs, | **ORDER RE: STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| COUNTY OF LOS ANGELES, and DOES 1 through 10, Inclusive. | |
| *Defendants.* | |

[PROPOSED] ORDER RE: STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE - 1

The Parties' Joint Stipulation to Dismiss Entire Action with Prejudice came before this Court. The Court having found good cause, **HEREBY ORDERS AS FOLLOWS**:

1. The matter of <u>Raymond Gaines v. County of Los Angeles, et al.</u> is Dismissed with Prejudice.

**IT IS SO ORDERED.**

Dated: December 26, 2024

_____
**HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE**